An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF STEVEN A. STEFANI, BAR NO. 10509.

No. 66607

FILED

OCT 22 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

### ORDER IMPOSING PUBLIC REPRIMAND

This is an automatic review, pursuant to SCR 105(3)(b), of a Southern Nevada Disciplinary Board hearing panel's findings of fact, conclusions of law, and recommendations for attorney discipline, arising from attorney Steven A. Stefani's representation of Bigelow Management. The panel found that Stefani violated RPC 5.5 (unauthorized practice of law), RPC 8.1 (bar admission and disciplinary matters), and RPC 8.4 (misconduct) for practicing outside the scope of SCR 49.10 (limited practice of attorneys employed in government or as in-house counsel) by filing motions, appearing in court, and failing to state practice limitations on his business card and correspondence. Further, he failed to respond to the disciplinary panel's inquiries regarding the allegations concerning his business card and correspondence. Based on these violations, the panel recommended that Stefani be publicly reprimanded and compelled to pay the costs of the disciplinary action against him.

This court's automatic review of a disciplinary panel's findings and recommendations is de novo. SCR 105(3)(b); *In re Discipline of Stuhff*, 108 Nev. 629, 633, 837 P.2d 853, 855 (1992). "Although the recommendations of the disciplinary panel are persuasive, this court is not bound by the panel's findings and recommendation, and must examine the record anew and exercise independent judgment." *In re Discipline of*

SUPREME COURT
OF
NEVADA

(O) 1947A

15-32268

*Schaefer*, 117 Nev. 496, 515, 25 P.3d 191, 204 (2001). The State Bar has the burden of showing by clear and convincing evidence that Stefani committed the violations charged. *In re Discipline of Drakulich*, 111 Nev. 1556, 1566, 908 P.2d 709, 715 (1995).

After reviewing the record, we conclude that clear and convincing evidence supports the panel's findings as to the rule violations by Stefani. We also conclude that, based on the evidence, the panel's recommended discipline is appropriate.

Accordingly, we hereby publicly reprimand attorney Steven A. Stefani for violations of RPC 5.5, 8.1, and 8.4. Additionally, Stefani shall pay the costs of the disciplinary proceeding. *See* SCR 120. The State Bar shall comply with SCR 121.1.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Steven A. Stefani
Chair, Southern Nevada Disciplinary Board Bar Counsel, State Bar of Nevada
Kimberly Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, United States Supreme Court